[Civ. No. 2347.   Fourth Appellate District.—June 27, 1939.]

J. J. FOSTER, Appellant, v. S. D. CAREY et al., Respondents.

No appearance for Appellant.

W. I. Wilson and Arthur E. Skeats, *in pro. per.*, and Hickox & Provence, Harry W. Horton, Samuel T. Bush and Ticknor & Maxwell for Respondents.

MARKS, J.—This is a motion to dismiss this appeal from a judgment of the Superior Court of Imperial County.

Nothing has been filed here except the papers on this motion, which include a certificate of the county clerk of Imperial County which shows that judgment was rendered for defendants on August 25, 1938; that notice of appeal was filed on November 4, 1938; that no clerk's nor reporter's transcripts nor bill of exceptions were ever prepared; that on April 28, 1939, the Superior Court of Imperial County terminated all proceedings for the preparation of a record on appeal.

The appeal is dismissed.

Barnard, P. J., concurred.